FILED

2017 MAY 16 PM 2: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>GABRIEL PINOSA SALAZAR,<br>  aka "Pedro,"<br>  aka "Jesus Salazar<br>    Cervantes,"<br>  aka "Jesus Raul Salazar-<br>    Espinoza,"<br><br>            Defendant. | CR No. 17-  **CR 17- 0288**<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii): Possession with<br>Intent to Distribute<br>Methamphetamine; 21 U.S.C.<br>§§ 841(a)(1), (b)(1)(A)(i):<br>Possession with Intent to<br>Distribute Heroin; 21 U.S.C.<br>§§ 841(a)(1), (b)(1)(C):<br>Possession with Intent to<br>Distribute Fentanyl; 18 U.S.C.<br>§ 924(c)(1)(A)(i): Possession of a<br>Firearm in Furtherance of a Drug<br>Trafficking Crime; 18 U.S.C.<br>§ 922(g)(1): Felon in Possession<br>of a Firearm and Ammunition] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about December 3, 2015, in Los Angeles County, within the

Central District of California, defendant GABRIEL PINOSA SALAZAR,

also known as ("aka") "Pedro," aka "Jesus Salazar Cervantes," aka

"Jesus Raul Salazar-Espinoza," knowingly and intentionally possessed

1  with intent to distribute at least 500 grams, that is, approximately
2  3.919 kilograms, of a mixture and substance containing a detectable
3  amount of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i)]

On or about December 3, 2015, in Los Angeles County, within the Central District of California, defendant GABRIEL PINOSA SALAZAR, also known as ("aka") "Pedro," aka "Jesus Salazar Cervantes," aka "Jesus Raul Salazar-Espinoza," knowingly and intentionally possessed with intent to distribute at least one kilogram, that is, approximately 2.717 kilograms, of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT THREE

### [21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 3, 2015, in Los Angeles County, within the Central District of California, defendant GABRIEL PINOSA SALAZAR, also known as ("aka") "Pedro," aka "Jesus Salazar Cervantes," aka "Jesus Raul Salazar-Espinoza," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

COUNT FOUR

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about December 3, 2015, in Los Angeles County, within the Central District of California, defendant GABRIEL PINOSA SALAZAR, also known as ("aka") "Pedro," aka "Jesus Salazar Cervantes," aka "Jesus Raul Salazar-Espinoza," knowingly possessed a firearm, namely, a Colt Government, model MKIV series 80, .380 caliber pistol, bearing serial number RS21330, in furtherance of a drug trafficking crime, namely, possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), as charged in Count One of this Indictment, possession with intent to distribute heroin, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), as charged in Count Two of this Indictment, and possession with intent to distribute fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), as charged in Count Three of this Indictment.

1

COUNT FIVE

2

[18 U.S.C. § 922(g)(1)]

3     On or about December 3, 2015, in Los Angeles County, within the

4  Central District of California, defendant GABRIEL PINOSA SALAZAR,

5  also known as ("aka") "Pedro," aka "Jesus Salazar Cervantes," aka

6  "Jesus Raul Salazar-Espinoza" ("SALAZAR"), knowingly possessed a

7  firearm, namely, a Colt Government, model MKIV series 80, .380

8  caliber pistol, bearing serial number RS21330, and ammunition,

9  namely, approximately 11 rounds of Fiocchi .380 caliber ammunition

10  and 14 rounds of Poonsan Corporation .380 caliber ammunition, in and

11  affecting interstate and foreign commerce.

12     Such possession occurred after defendant SALAZAR had been

13  convicted of at least one of the following felony crimes, each

14  punishable by a term of imprisonment exceeding one year:

15     (1) Sale of a Controlled Substance, in violation of California

16  Health and Safety Code Section 11379(a), in the Superior Court of the

17  State of California, County of Los Angeles, in case number TA111422,

18  on or about March 24, 2010;

19     (2) Possession of a Controlled Substance, in violation of

20  California Health and Safety Code Section 11350(a), in the Superior

21  Court of the State of California, County of Los Angeles, in case

22  number A038499, on or about May 8, 1989; and

23  //

24  //

25  //

26  //

27  //

28  //

1      (3) Possession of a Controlled Substance, in violation of

2 California Health and Safety Code Section 11350(a), in the Superior

3 Court of the State of California, County of Los Angeles, in case

4 number A043181, on or about April 17, 1989.

5

6

7                                                   A TRUE BILL

8

9                                              /s/

                                        Foreperson

10

11 SANDRA R. BROWN
   Acting United States Attorney

12

13 LAWRENCE S. MIDDLETON
   Assistant United States Attorney
   Chief, Criminal Division

14

15

16

17 LIZABETH A. RHODES
   Assistant United States Attorney
   Chief, General Crimes Section

18

19 ROBYN K. BACON
   Assistant United States Attorney
   Deputy Chief, General Crimes

20    Section

21 VICTORIA A. DEGTYAREVA
   Assistant United States Attorney

22    General Crimes Section

23

24

25

26

27

28

7