1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9               FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                     February 2017 Grand Jury

| 11 | UNITED STATES OF AMERICA, | CR No. 17-288-AB |
|---|---|---|
| 12 | Plaintiff, | I N D I C T M E N T |
| 13 | v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i): Possession with Intent to Distribute Heroin; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Possession with Intent to Distribute Fentanyl; 18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition] |
| 14-17 | JESUS RAUL SALAZAR-ESPINOZA,  aka "Pedro,"  aka "Jesus Salazar Cervantes,"  aka "Gabriel Pinosa Salazar,"  Defendant. | |

22     The Grand Jury charges:

23                         COUNT ONE

24           [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

25     On or about December 3, 2015, in Los Angeles County, within the

26 Central District of California, defendant JESUS RAUL SALAZAR-

27 ESPINOZA, also known as ("aka") "Pedro," aka "Jesus Salazar

28 Cervantes," aka "Gabriel Pinosa Salazar," knowingly and intentionally

1 possessed with intent to distribute at least 500 grams, that is,
2 approximately 3.919 kilograms, of a mixture and substance containing
3 a detectable amount of methamphetamine, a Schedule II controlled
4 substance.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i)]

On or about December 3, 2015, in Los Angeles County, within the Central District of California, defendant JESUS RAUL SALAZAR-ESPINOZA, also known as ("aka") "Pedro," aka "Jesus Salazar Cervantes," aka "Gabriel Pinosa Salazar," knowingly and intentionally possessed with intent to distribute at least one kilogram, that is, approximately 2.717 kilograms, of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 3, 2015, in Los Angeles County, within the Central District of California, defendant JESUS RAUL SALAZAR-ESPINOZA, also known as ("aka") "Pedro," aka "Jesus Salazar Cervantes," aka "Gabriel Pinosa Salazar," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

COUNT FOUR

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about December 3, 2015, in Los Angeles County, within the Central District of California, defendant JESUS RAUL SALAZAR-ESPINOZA, also known as ("aka") "Pedro," aka "Jesus Salazar Cervantes," aka "Gabriel Pinosa Salazar," knowingly possessed a firearm, namely, a Colt Government, model MKIV series 80, .380 caliber pistol, bearing serial number RS21330, in furtherance of a drug trafficking crime, namely, possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), as charged in Count One of this Indictment, possession with intent to distribute heroin, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), as charged in Count Two of this Indictment, and possession with intent to distribute fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), as charged in Count Three of this Indictment.

COUNT FIVE

[18 U.S.C. § 922(g)(1)]

On or about December 3, 2015, in Los Angeles County, within the Central District of California, defendant JESUS RAUL SALAZAR-ESPINOZA, also known as ("aka") "Pedro," aka "Jesus Salazar Cervantes," aka "Gabriel Pinosa Salazar," knowingly possessed a firearm, namely, a Colt Government, model MKIV series 80, .380 caliber pistol, bearing serial number RS21330, and ammunition, namely, approximately 11 rounds of Fiocchi .380 caliber ammunition and 14 rounds of Poonsan Corporation .380 caliber ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant SALAZAR had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11379(a), in the Superior Court of the State of California, County of Los Angeles, in case number TA111422, on or about March 24, 2010;

(2) Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, in case number A038499, on or about May 8, 1989; and

//
//
//
//
//
//

(3) Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, in case number A043181, on or about April 17, 1989.

A TRUE BILL

_____
Foreperson

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

LIZABETH A. RHODES
Assistant United States Attorney
Chief, General Crimes Section

ROBYN K. BACON
Assistant United States Attorney
Deputy Chief, General Crimes Section

WILLIAM M. ROLLINS
Assistant United States Attorney
General Crimes Section