1  Angel Navarro (SBN) 155702
   LAW OFFICE OF ANGEL NAVARRO
2  1 S. Fair Oaks Avenue, Suite 401
3  Pasadena, CA 91105
   Tel.: (626) 390-6621
4  Fax: (213) 746-4435
5  e-mail: angel_navarro@me.com
   Attorney for Defendant
6  Jesus Raul Salazar-Espinoza

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. 17-00288-AB |
|---|---|
| Plaintiff, | LETTER RE: SENTENCING |
| vs. | |
| Jesus Raul Salazar-Espinoza, | |
| Defendant. | |

Defendant, Jesus Raul Salazar-Espinoza, by and through his counsel of record, Angel Navarro, hereby submits the enclosed letter for this Court's consideration at the upcoming sentencing hearing.

1. A letter written by defendant, Jesus Raul Salazar-Espinoza, along with a certified translation.

Respectfully submitted,

December 3, 2019
DATE

/S/ Angel Navarro
ANGEL NAVARRO
Attorney at Law

LETTER RE: SENTENCING

TRANSLATION

I, Jesus Raul Salazar, 7/24/67, am writing this letter as a sick [man] to Honorable Judge Andre Birotte. I hope that when you read this letter you have the frame of mind that I have placed all my faith in our Lord Jesus Christ so that he can open your precious heart and understand me, Your Honor, so you can see me in a favorable light as a parent and that you give me another chance so that I can recuperate by my children's side, because I suffer from high blood pressure, cholesterol, and prostate problems. I cannot see out of my left eye. It started here. I had open heart surgery, they also removed four veins from my left leg that was placed in my heart, now my leg is swollen from the operation, everything hurts me. I beseech my Lord Jesus Christ to move your heart so that I could get released.

I know that in the past I have not behaved well, and I accept all the charges that I have been accused of doing; and I am truly remorseful. I will never again do such a thing, Your Honor. Also, I am sincerely asking Your Honor for forgiveness and from all the government agents and from Miss prosecutor. I beg you to please forgive me and I apologize and let you know that this will never happen again. Never again. I did everything and I accept responsibility. I am in your hands, Your Honor. I accept that I was wrong, doing what I did to give my family a better future, but thing didn't turn out as I planned.

I am truly 100% remorseful because I wasn't selling anything until my wife, Luz Perez, and her brother, Renato Perez, introduced me to a friend of theirs, but I didn't want none of that since I know that the ones from Michoacán are thieves and killers. I kept saying no but she was stubborn, so I told her I didn't even know where to get that from. Then she told me that her brother, Nato, worked with a cousin of theirs, named Francisco Manuel Payan Perez, and that they were going to introduce me to him so he could give me crystal. They introduced him to me and that's how they got me in this mess. I didn't know that it was ¼ until now when I found out that one of the guys who stole it [crossed out word] from me was here. He didn't know me; he didn't recognize me and so he started talking to me about how everything happened. Because when they robbed me, they tied me up and one told the other buddy how my wife told them to

1
Case: USA v Jesús Raúl Salazar CR17-288-AB
Translated by: Esther M. Hermida, FCCI

TRANSLATION

kill me and he would say not to. He had been told to kill me. They stole 200,000 0 dollars. All the problem started at that point because the owners of the merchandise came threatening me that if I didn't pay them back, they will kill my entire family. So, I had to leave my kids. I met a [illegible] beautiful girl by the name of Gabriela Sofia, that was the last straw since after that I started to look for the ones who had the crystal so I can work and pay it back. I kept getting phone calls telling me that if I didn't pay, they were going to kidnap my family to the point that I got more involved up to the time where I was picked up in South Gate on December 3, 2015. I haven't finished paying it off. That's when Renato Perez threaten to kill me because his cousin told him to take me back to Mexico to kill me there. I kept telling Liz Perez to say something since she had introduced me to the dude days [before] and she kept telling me that she had nothing to do with it, that it was my problem.

That is why I'm very scared to go back to Mexico, Your Honor. Please help me, I don't want to die. Please. I have a lot of kids and grandkids that need me. I haven't been with my 10-year-old daughter and 15-year-old son in a very long time. With all this that happened to me I used to sneak in to see them.

I, Jesus Salazar, beg you for another opportunity of being with them, in the name of my Lord Jesus Christ. I will help you with everything, just like with the death in 2008 that was clarified. If you allow me, I can continue to work with you, Your Honor. I am a sick man; I wouldn't want something to happen to me while I'm far from my kids. Help me please, in the name of our Lord Jesus Christ, I ask you to have mercy, leniency and compassion. I beg you from the bottom of my heart, give me another chance to prove everything that I'm telling you and I'm asking of you. I will show you that I will make it a reality. I'll work 24/7 to build a future and a better tomorrow for all my children so that they never struggle and suffer, like my youngest boy and girl. I beg you, sir. I no longer have a mom or a dad they died in '98 and 2000. My first wife died September 7, [19]99 and left me with three children: Elioniza, Raul, Julio.  My 11-year-old girl and 10-year-old boy, and 2-month-old baby, Julio. If you only knew what it's like to lose the mother of your children all of a sudden and not being prepared for such a major situation, it's

TRANSLATION

enough to drive you crazy. I lost my father, my wife, my mother, my brother, Alfonzo in 2008, my sister Salome in 2017; my sister Salome's husband two months later, too. They left behind their six children while I was here in Federal [custody] sir. Now I've lost my left eye. I had open heart surgery. They replaced four veins removed from my left leg. I have diabetes, cholesterol, high blood pressure and prostate. I no longer feel the blow but the numbness of them. I, Jesus Salazar, plead guilty and I admit all the charges. I ask for forgiveness once again from all the agents and the prosecutor to reconsider and give me the chance to be with my children, I beg you, Your Honor. May our Lord Jesus Christ move you to give me what I ask of you, these are my best wishes. May God bless you and your family always, Honorable Judge. These are my most sincere and best wishes.

Jesus Raul Salazar Espinoza

7-24-67

[Translator's Note: Punctuation was added, and spelling errors in the original are not reflected in the translation to facilitate reading.]

CERTIFICATION

I, Esther M. Hermida certified by the U. S. District Court for Spanish-English court interpreting, do hereby declare that the three (3) page document identified as Letter to the Judge in the case of USA v Jesús Raúl Salazar CR17-288-AB is a true and correct translation from Spanish to English of the original five (5) handwritten pages provided to me. The translation is accurate to the best of my knowledge and ability.

esta carta yo Jesus Raul Salazar 72462 enfermo se la escribo a mi ohorable Juez Andrew Birotte que espero que al Leerla espero que Lalea con el pensamiento puesto en toda la Fe de nuestro señor Jesucristo y abra su ermoso corazon que tiene usted onorable Juez para que usted Me ponga en sus buenos Pensamientos como padre de familia y me de otra oportunidad de Recuperarme alado de Mis Hijitos porque yo señor estoy enfermo de alta Presion colesterol y prostata y de mi Hojo isquierdo no Miro aqui me enpezo y Me operaron del corazon abierto de la pierna izquierda Me quitaron Los cuatro Benas que me pusiero en el corazon y tengo mi pierna inchada por la operacion Todo me duele Le Pido a mi señor Jesucristo que Le Tegue su coransocito para que me de la Liberta onorable Juez yo se que en el pasado me portado mal yo acexto Todos Los cardo de Los que se me acusan y Tambien estoy sinceramente vien arrepentide Letodo que nunca mas va aBolver asuceder onorable señor Tambien con Mas y Mi sinceros pensamiento yo Les pido perdon a usted onorable señor y a Todo Los ajentes del gobierno y a mi señorito Fiscal Les suplico que por fabor Me perdonen y me discupen no buelbe a pasar nada de esto nunca Mas si yo ise Todo lo que ise acexto Mi Responsabilidad y estoy en sus manos

Señor mi onorable Juez yo acexto que estube Mal pero todo lo ise por darle un mejor futuro a mi familia pero no salen las cosa como uno espera de en verdad estoy sien por siento arrepentido porque yo no vendia nada de eso asta que mi esposa Luz Perez y su ermano Renato Perez ella me precento un amigo de ella pero yo no queria andar en eso porque yo se los de michoacan son vajadores y matones yo le desia que no y ella terca pues entonces yo le dije que yo no tenia donde conseguir eso y me dijo que su ermano nato el trabajaba con un primo ermano de ellos que se llama Francisco Manuel Payan Perez que me lo iban a precentar para que el me diera el cristal y ya me lo presentaron y de esa manera me meti en eso pero yo nunca supe que era un cuatro asta que ahora que estoy aqui me di cuenta porque aqui estova unos de los vajadores que me Robaron el sin conocerme y como yo andava bien vorron no me conocio y me enpeso a platicar como avian sido todo porque cuando me Robaron me amarraron y unos de ellos le decia al compadios amigo de mi esposa que me matara y el les decia que no que le avian dicho que no me mataran me Robaron 200,000 Dolares y desde ayi enpeso mi desperpero porque yegaron los dueños de la mercancia a menasar me que si no les pagava me

Ivan amatar con toda la familia y tube que retirarme de mis hijos aca ide conocerme una ermosa niña que se llama Gabriela Sofia esa lagota que de ramo el vaso porque de ayi paca enpese abuscar quien tenia cristal para trabajar y vender pa pagarles porque cobas mas me me ablavon por telefono que si no pagaba me ivan a levantar la familia asta que me enrede mas y me asta el punto cuando me agoraro en se osti gate el 3 de dicienbre del 2015 y todavia no les acabo de pagar es cuando Renato Perez me amenaso de muerte para que pagara porque su primo le dijo que me sacara para Mexico para matarme aya y yo le decia a Luz Perez que dijera algo que ella me abia precentado al compadias y ella me contesto que ella no tenia nada que acer que esa mi problema por eso tengo mucho miedo ir a mexico onorable señor ayudeme yo no me quiero morir por fabor tengo muchos hijos y nietos que les ago mucha falta una hijita de diez años de edad y un hijito 15 años que no estado con ellos el tiempo completo con todo esto que me paso para que no me les isieran algo siempre los miraba a escondida yo Jesus Salazar le ruego le suplico que me ayude y me de la oportunidad de estar con ello en el hombre de mi señor Jesucristo

que yo Les ayudo en todo asi como se esclaricio Lo deLa muerte en el 2008 y si estedes meLo Permiten sigo trabajando con ustedes onorable señor Juez yo estoy enfermo y no quisiera que me Pasara algo Lejos demis Hijos ayudeme Porfabor en el nombre de nuestro señor Jesucristo seLo Pido queTenga Piedad clemencia y compacion de corazon seLo pido deme Otra oportunidad Para demostrales de Todo que Ledigo y LesPido LoVoy acer Rialidad Trabajar 24-7 Para acer un futuro y Porbenir Para Todos mis Hijos y nunca anden Patallonido y sufriendo Mi niña y mi niño Mas chiquito seLo Ruego señor yo ya no tengo Mama ni PaPa ya follesiero en el 98 y 2000 y mi Primera esposa fallesio el 99. Setipbre 7 medejo 3 Hijos elioniza Raul Julio Mi niña //años y X mi niño 10 años y a mi niño Julio de 2 meces donacido si usted supiera Lo que es Perder a su madre demis Hijos de Repente donde no esta preporado Para una situacion de esta mani $\times$ t Tan grande que Te queres Volver Loco Pierdes A Mi Papa a mi esposa A mi mama A mi ermano alfonzo en el 2008 - y a mi ermana salome en el 2017 y sues poso de mi ermana salome a Los 2 meces Tambien Fallece y dajan 6 Hijas

estando aqui en La Federal señor y aora yo Perdiendo el ojo izquierdo operado del corazon abierto me cambian cuatro venas que me quitan de mi pierna izquierdo con diabetes colesterol alta precion Prostata ya no siento Los golpes sino Lo tupido de ellos yo Jesus Salazar Me doy culpable y Reconosco todos mis cargos y otra bes Les Pido Perdon a todos Los ajentes de gobierno y a mi fiscal que Recapacite y me de La oportunidad de estar con mi niños selo Ruego a mi onorable señor Juez que oygo nuestro señor Jesucrito y que de lo uno Le Pido y son mis mejores deseos. Onorable señor Juez que dios me lo vendiga siempre siempre a usted y a toda su familia que son mis Mas sinceros y mejores deseos

Jesus Raul Salazar Espinoza
724-67

## PROOF OF SERVICE

I, **Angel Navarro**, declare that I am a resident or employed in Los Angeles County, California; that my business address is: 1 S. Fair Oaks Avenue, Suite 401 Pasadena, CA 91105, that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Law Office of Angel Navarro, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached document entitled: Letter Re: Sentencing:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [x] Sending same via e-mail to officer's known e-mail address. |
|---|---|---|---|

**Alexis Denise Rodriguez**
Alexis_Rodriguez@cacp.uscourts.gov

This proof of service is executed at Los Angeles, California, on December 3, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____/s/_____
**Angel Navarro**