```
 1                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
 2                   WESTERN DIVISION - LOS ANGELES

 3

 4   UNITED STATES OF AMERICA,  )  Case No. CR 17-288-AB
                                )
 5        Plaintiff,            )  Los Angeles, California
                                )  Friday, June 2, 2017
 6             v.               )  3:23 P.M. to 3:35 P.M.
                                )
 7   GABRIEL PINOSA SALAZAR,    )
                                )
 8        Defendant.            )
                                )
 9

10

11                     TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE JACQUELINE CHOOLJIAN,
12                 UNITED STATES MAGISTRATE JUDGE.

13

14   Appearances:              See Page 2

15   Deputy Clerk:             Hana Rashad

16   Court Reporter:           Recorded; CourtSmart

17   Transcription Service:    JAMS Certified Transcription
                               16000 Ventura Boulevard #1010
18                             Encino, California  91436
                               (661) 609-4528
19

20

21

22

23

24   Proceedings recorded by electronic sound recording;
     transcript produced by transcription service.
25
```

```
 1  APPEARANCES:

 2

 3  For the Plaintiff:      The United States Attorney's Office
                            Central District of California
 4                          Criminal Division
                            By:  SONAH LEE
 5                          312 North Spring Street, 12th Floor
                            Los Angeles, California  90012
 6                          (213) 894-2400
                            USACAC.Criminal@usdoj.gov
 7

 8
     For the Defendant:     Federal Public Defender
 9                          Central District of California
                            By:  KIM SAVO
10                          321 East Second Street
                            Los Angeles, California  90012-4206
11                          (213) 894-2854 (main)
                            kim.savo@fd.org
12

13  Also Appearing:         Javier Villalobos
                            Spanish Language Interpreter
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1      LOS ANGELES, CALIFORNIA, FRIDAY, JUNE 2, 2017, 3:23 P.M.
 2         (Call to Order of the Court.)
 3              UNIDENTIFIED SPEAKER:  Excuse me, Your Honor?
 4              THE COURT:  Yes?
 5              UNIDENTIFIED SPEAKER:  There are two other
 6  defendants back in lockup that are coming before you today
 7  also.
 8              THE COURT:  That require interpreters?
 9              UNIDENTIFIED SPEAKER:  Yes.
10              THE COURT:  Okay.  Which --
11              UNIDENTIFIED SPEAKER:  (Indecipherable.)
12              THE COURT:  Yeah.  Because they're not on the
13  calendar as requiring interpreters.  Maybe you can
14  coordinate.
15              (Clerk confers with unidentified speaker.)
16              THE COURT:  Okay.  Let's just go.
17              All right.  We're not calling the cases yet, but
18  you can stand there and translate.
19              So at this time I wish to advise the two defendants
20  who are present of their constitutional and statutory rights
21  in connection with these proceedings.  Please listen
22  carefully.
23              You are here because you are charged with a
24  criminal offense against the United States or with a
25  supervised release violation.  You have received or will
```

1   receive a copy of the charging document.
2           You have the following constitutional and statutory
3   rights:
4           You have the right to retain and be represented by
5   an attorney of your own choosing at each and every stage of
6   the proceedings.
7           If you cannot afford an attorney, you have a right
8   to request that the Court appoint an attorney to represent
9   you.  An appointed attorney will be paid by the Government at
10  no cost to you.  You must, however, submit a financial
11  affidavit to the Court before counsel will be appointed.  If
12  you make any false or misleading statements in that affidavit
13  or if you willfully omit pertinent information, you'll be
14  subject to further prosecution for violating federal law.
15          You have a right to remain silent.  Anything you
16  say, sign, or write may be introduced against you in this or
17  in any other court proceeding.
18          You have a right to have bail determined in
19  accordance with the provisions of the Bail Reform Act.
20          If the Government seeks detention, you have the
21  right to have a hearing on the first date of your appearance
22  or within three to five court days if a continuance is
23  requested and granted.
24          In the event you are detained, you have a right,
25  upon written application, to have the detention order

1 reviewed by an assigned district judge.  You may be present
2 at any hearing where further argument may be heard regarding
3 detention.
4          If you are not a United States citizen, you have a
5 right to request that an attorney for the Government or a
6 federal law enforcement official notify a consular office
7 from your country of nationality that you have been arrested,
8 but even without such a request, it may be that a treaty or
9 other international agreement requires such consular
10 notification.
11          Just one moment.
12          (Court confers with clerk.)
13          THE COURT:  So, if you are here on a complaint and
14 affidavit, you have a right to a preliminary hearing or to
15 have the case presented to the grand jury within 14 days of
16 this date if you remain in custody and 21 days if you're
17 released on bond.
18          A preliminary hearing is a proceeding in which the
19 Government presents its evidence and a judge decides if there
20 is probable cause to believe the offense charged has been
21 committed and that you have committed it.  If probable cause
22 is not found, the matter will be submitted -- pardon me --
23 dismissed.  If probable cause is found, you will be required
24 to enter a plea to the charges.
25          Probable cause also may be established by the

1   return of an indictment by a grand jury.  If an indictment is
2   returned prior to or on the date set for the preliminary
3   hearing, the probable cause requirement is satisfied and no
4   preliminary hearing will be held.  You'll then appear to
5   plead to the indictment.
6            If you are here on a Central District indictment,
7   you're entitled to a speedy and public trial by jury or by a
8   judge alone if jury is waived.
9            You are entitled to be present at this arraignment
10  and all proceedings which follow, including, without
11  limitation, the time of the plea; every stage of the trial,
12  including the paneling of the jury and the return of any
13  verdict; and at the imposition of any sentence.
14           You are entitled to see and hear the evidence and
15  witnesses against you and to cross-examine those witnesses.
16           You are entitled to subpoena witnesses and to
17  compel the production of other evidence on your own behalf.
18           It is not necessary to prove your innocence.  It is
19  the burden of the Government to prove guilt by proof beyond a
20  reasonable doubt.
21           For your plea and further proceedings, your case
22  has been or will be assigned to a district judge.  The
23  particular judge for your case has been or will be selected
24  randomly and will be announced after you're arraigned.
25           All motions other than those relating to bail or

```
 1  detention are reserved and must be made before the district
 2  judge to whom the case is assigned.  However, if the district
 3  judge has requested that I take the not guilty pleas, you'll
 4  be asked to enter a not guilty plea today, and a trial date
 5  will be set.
 6          Okay.  You can call these two cases.
 7          THE CLERK:  Calling Case No. 17 CR-288,
 8  United States of America v. Gabriel Pinosa Salazar.
 9          KIM SAVO:  Good afternoon, Your Honor.  Kim Savo
10  from the Federal Public Defender on behalf of
11  Jesus Raul Salazar-Espinoza.  He is present in custody before
12  the Court being assisted by the Spanish language interpreter,
13  seeking appointment of counsel.
14          THE COURT:  All right.
15          Sir, is your true name -- I'm sorry.  I have --
16          MS. SAVO:  Jesus Raul Salazar-Espinoza.
17          THE COURT:  Okay.  I have the wrong file.
18          (Court confers with clerk.)
19          THE COURT:  Okay.  Sorry.  All right.  Sorry.
20          MS. SAVO:  Giving you the true name.
21          THE COURT:  Yes.  So we've got every variation
22  today.
23          Okay.  So, sir, your true name is
24  Jesus Paul [sic] Salazar-Espinoza?
25          THE DEFENDANT:  Yes.
```

Case 2:17-cr-00288-AB   Document 71   Filed 03/18/20   Page 8 of 12   Page ID #:302

8

```
 1              THE COURT:  All right.  So I'm letting Government
 2   counsel know that that is the defendant's stated true name,
 3   and there may be an amendment needed to the charging document
 4   on that basis.  All right?
 5              SONAH LEE:  Yes, Your Honor.
 6              THE COURT:  All right.
 7              Sir, has this -- well, did you hear and understand
 8   the statement of rights that I read earlier?
 9              THE DEFENDANT:  Yes.
10              THE COURT:  All right.  And was this written
11   statement of constitutional rights form translated for you?
12              THE DEFENDANT:  Yes.
13              THE COURT:  And did you sign that waiver -- I'm
14   sorry -- that statement of rights?
15              THE DEFENDANT:  That's the one I signed; right?
16              THE COURT:  Yes.
17              And, Counsel, you signed that statement of rights
18   as well?
19              MS. SAVO:  I did.
20              THE COURT:  All right.
21              Sir, was this financial affidavit translated for
22   you?
23              THE DEFENDANT:  Yes.
24              THE COURT:  And did you provide the information
25   that was placed on the form?
```

```
 1              THE DEFENDANT:  Yes.
 2              THE COURT:  And did you sign it understanding you
 3   were doing so under penalty of perjury?
 4              THE DEFENDANT:  Yes.
 5              THE COURT:  All right.  The Court will appoint the
 6   Federal Public Defender's Office and the person of Ms. Savo.
 7              All right.  Sir, have you -- was the Indictment --
 8   that is, the charging document -- translated for you?
 9              THE DEFENDANT:  Yes.
10              THE COURT:  Without telling me whether you admit or
11   deny what's alleged, can you tell me:  Do you understand what
12   it is the Government claims you did to violate the law?
13              THE DEFENDANT:  Yes.
14              THE COURT:  All right.  The Government has filed a
15   request for detention.
16              Ms. Savo, the defense's position on that request at
17   this point in time?
18              MS. SAVO:  Your Honor, we're not seeking bail at
19   this time.  We simply ask that the Court enter that order
20   without prejudice.
21              THE COURT:  All right.
22              And, Ms. Lee, can you make a proffer and include in
23   that a statement as to whether or not this is a presumption
24   case.
25              MS. LEE:  I apologize.  I was --
```

1                (Pause.)
2                THE COURT:  So you're proffering, I assume, the
3    Indictment and the Pretrial Services Report?
4                MS. LEE:  Yes, Your Honor.
5                THE COURT:  Okay.  And it is a presumption case?
6                MS. LEE:  It is a presumption case, Your Honor.
7                THE COURT:  Okay.  That's sufficient.
8                The Court will grant the Government's motion and
9    find that the defendant has not at this point in time
10   rebutted the presumption that he is a flight risk and danger
11   to the community.  That order is without prejudice.  So
12   should there come to light facts that cause the defense to
13   believe it's appropriate to seek reconsideration, nothing in
14   the order today prevents the defense from doing so.
15               All right.  This case has been assigned to
16   District Judge Andre Birotte, Jr.  Judge Birotte asks that we
17   take a not guilty plea at this time.
18               THE CLERK:  Jesus Raul Salazar-Espinoza, how do you
19   plead to the charges contained in the Indictment?
20               THE DEFENDANT:  Not guilty.
21               THE COURT:  All right.  And can I ask the
22   Government for a trial estimate, please.
23               MS. LEE:  I believe the trial would take about
24   three days, Your Honor.
25               THE COURT:  I'm sorry.  Did you say three days or

1 | three weeks?
2 |       MS. LEE:  Three days, Your Honor.
3 |       THE COURT:  Three days.  Okay.
4 |       All right.  Judge Birotte directs us to set two
5 | dates.
6 |       The first is for a status conference.  That date is
7 | June 19, '17, at 1:30 p.m.  Once again, for status, 6/19/17,
8 | 1:30 p.m.
9 |       For jury trial, July 25, '17, at 8:30 a.m.  Once
10 | again, for jury trial, 7/25/17 at 8:30 a.m.
11 |       The parties are referred to Judge Birotte's
12 | procedures and schedules, and you go there to obtain a copy
13 | of his discovery order.  That's on the court's web site,
14 | www.cacd.uscourts.gov.
15 |       Judge Birotte is located in Courtroom 7B -- as in
16 | "boy" -- in the First Street Courthouse.
17 |       Anything else in this matter at this time?
18 |       MS. LEE:  Nothing further from the Government,
19 | Your Honor.
20 |       MS. SAVO:  Not at this time.  Thank you, Your
21 | Honor.
22 |       THE COURT:  Thank you.
23 |    (Proceedings adjourned at 3:35 p.m.)
24 | ///
25 | ///

1
2
3
4                         CERTIFICATE
5        I certify that the foregoing is a correct transcript
6   from the electronic sound recording of the proceedings in the
7   above-entitled matter.
8
9   /s/ Julie Messa_            March 17, 2020
    Julie Messa, CET**D-403     Date
10  Transcriber
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25