CLERK, U.S. DISTRICT COURT
FEB -5 2021
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

vs.

JESUS RAUL SALAZAR-ESPINOZA,
Defendant.

Case No. CR-17-00288-AB

SUPPLEMENT TO MOTION FOR COMPASSIONATE RELEASE

Pending before the Court is Defendant's, Jesus Raul Salazar-Espinoza's pro se Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A).

Since filing said motion, which is based upon his frail health, Defendant has been given COVID-19 by the government.

Since January 2020, newly arriving inmates at FCI Victorville II, Defendant's facility, have been placed in a quarantine unit where ~~they must wait at least 21 days and be repeatedly tested for the virus before~~ joining general population.

Nevertheless, all throughout 2020, inmates kept getting COVID-19, but not from other inmates. From staff members. This is because many staff members have refused to wear a mask and their superiors have refused to enforce the same.

Consequently, in December 2020, Defendant's worst fear became a reality: he contracted the virus from a staff member. For weeks he was made to live in intense anguish, physically and mentally. Moreover, as emerging data reveals, Defendant faces now a substantial risk to future health. See Helling v. McKinney, 509 U.S. 25, 35-36 (1993).

To be sure, Defendant's suffering hasn't been limited to being given COVID-19 by governmental deliberate indifference. In fact, a majority of 2020 was spent by Defendant locked in a cell without access to a shower, clean clothes or even fresh air. See Darnell v. Pineiro, 849 F.3d 17, 23-26 (2d Cir. 2017). Such conditions

2

have brought anxiety and depression on Defendant of the highest order. Indeed, subjectively, for Defendant, serving one year under these conditions is the equivalent of serving five years under legal conditions.

Such conditions, combined with getting COVID-19 from the government, must be deemed "extraordinary and compelling" to, at the very least, warrant the reduction of his sentence.

For these reasons, as well as those argued in his Motion for Compassionate Release, Defendant respectfully asks that the Court grant the motion in the interests of justice and fairness.

Dated: February 2, 2021

Respectfully submitted,

Jesus Salazar

Jesus Raul Salazar-Espinoza
Reg. No. 74978-112
FCI Victorville II
Post Office Box 3850
Adelanto, CA 92301

Defendant Appearing Pro Se

NAME: Jesus Salazar DL20
REG #: 74978-112
FEDERAL CORRECTIONAL INSTITUTION #2
P.O. BOX 3850
ADELANTO, CA 92301

AB

SN BERNARDINO CA 923
2 FEB 2021 PM 5 L

CLERK, U.S. DISTRICT COURT
RECEIVED
FEB - 5 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

9001Z-471173

U.S. District Court
312 N. Spring St
Los Angeles, CA 90012-4708