# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 17-00288-AB | Date | March 18, 2021 |

| | |
|---|---|
| Present: The Honorable | ANDRÉ BIROTTE JR., UNITED STATES DISTRICT JUDGE |
| Interpreter | N/A |

| Carla Badirian | N/A | None Appearing |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Not Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jesus Raul Salazar-Espinoza | X | | | None Appearing | | | |

**Proceedings:** [In Chambers] ORDER **DENYING** MOTION FOR RECONSIDERATION (DKT. NO. 85)

The Court has received Defendant Jesus Raul Salazar-Espinoza's Supplement to his Motion for Compassionate Release. (Dkt. No. 85.) This Supplement was received after the Court denied Mr. Salazar-Espinoza's Motion for Compassionate Release. (*See* Dkt. No. 84.) However, due to the nature of Mr. Salazar-Espinoza's status as a pro se inmate, the Court will liberally construe the Supplement as a Motion for Reconsideration.

The crux of Mr. Salazar-Espinoza's Supplement is that he has contracted COVID-19 since initially filing his motion for compassionate release. While this new material fact provides an avenue for reconsideration under Local Rule 7-18, the Court must still deny compassionate release. The Court need not discuss whether Mr. Salazar-Espinoza's COVID-19 diagnosis combined with his health factors demonstrates "extraordinary and compelling circumstances" as required under 18 U.S.C. § 3582(c)(1)(A)) because, as discussed previously, Mr. Salazar-Espinoza presents a danger to the community if released. (*See* Dkt. No. 84 at 7-8.)

Mr. Salazar-Espinoza's Supplement does not address how his COVID-19 diagnosis impacts the requirement that he is not a danger to the community, nor does the Court find that its previous decision regarding Mr. Salazar-Espinoza's criminal history, including significant quantities of drugs and a firearm, was erroneous.

As such, the Motion for Reconsideration is **DENIED**. IT IS SO ORDERED.