UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 09 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff - Appellee,<br><br>   v.<br><br>JESUS RAUL SALAZAR-ESPINOZA, AKA Jesus Salazar Cerbontes, AKA Antonio Hernandes Cervantes, AKA Antonio Pinosa Cervantes, AKA Hernandez Antonio Cervantes, AKA Jesus Salazar Cervantes, AKA Antonio Cervantes-Hernandez, AKA Jesus Espinosa, AKA Ramon J. Hernandez, AKA Salazar Israel Cervantes, AKA Jesus Salazar Pedro, AKA Gabriel Espinoza Salazar, AKA Gabriel P. Salazar, AKA Raul Salazar-Lopez,<br><br>            Defendant - Appellant. | No. 19-50377<br><br>D.C. No. 2:17-cr-00288-AB-1<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered March 18, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7