

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 3 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

JESUS RAUL SALAZAR-ESPINOZA, AKA Pedro, AKA Gabriel Pinosa Salazar, AKA Jesus Salazar Cervantes, AKA Jesus Raul Salazar-Espinoza,

    Defendant-Appellant.

No. 22-50039

D.C. No. 2:17-cr-00288-AB-1
Central District of California,
Los Angeles

ORDER

    After appellant missed previous deadlines to file the opening brief, the court gave appellant one final opportunity to file a pro se opening brief by July 18, 2022. The court warned appellant that failure to comply with the court's order would result in the dismissal of the appeal by the Clerk for failure to prosecute. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

    This order served on the district court will, 21 days after this order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Manisha Munshi
Deputy Clerk
Ninth Circuit Rule 27-7